UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:  
SIGMUND, KAREN LEE

Case No.: 17-12853-JNP  
Chapter: 7  
Judge: Jerrold N. Poslusny, Jr.

## NOTICE OF PROPOSED ABANDONMENT

Andrew Sklar, Chapter 7 Trustee in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

| Address of the Clerk: | Clerk, US Bankruptcy Court<br>District of New Jersey<br>PO Box 2067<br>Camden, NJ 08101 |
|---|---|

If an objection is filed, a hearing will be held before the Honorable Jerrold N. Poslusny, Jr. on  April 25, 2017, at 10:00 a.m. at the United States Bankruptcy Court, Courtroom No.  4C . (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

| Description and value of property: | 208 OTTER BRANCH DRIVE, MAGNOLIA NJ 08049<br>(FMV $150,000.00) |
|---|---|

| Liens on property: | $178,411.00 - Pacific Union |
|---|---|

| Amount of equity claimed as exempt: | $0.00 |
|---|---|

Objections must be served on, and requests for additional information directed to:

Name:  Andrew Sklar, Chapter 7 Trustee

Address:  1200 Laurel Oak Road - Suite 102, Voorhees, NJ 08043

Telephone No.: 856-258-4050

United States Bankruptcy Court
District of New Jersey

In re:                                                                        Case No. 17-12853-JNP
Karen L Sigmund                                                               Chapter 7
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin              Page 1 of 2              Date Rcvd: Mar 21, 2017
                            Form ID: pdf905           Total Noticed: 25

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 23, 2017.
```
db            +Karen L Sigmund,    208 Otter Branch Drive,    Magnolia, NJ 08049-1532
516658276     +AmeriCredit Financial Services, Inc. dba GM Financ,   P O Box 183853,
                Arlington, TX 76096-3853
516645297     +AmeriCredit/GM Financial,    Po Box 181145,    Arlington, TX 76096-1145
516645298     +Barclays Bank Delaware,    Po Box 8803,    Wilmington, DE 19899-8803
516645299    ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
               (address filed with court: Capital One,    15000 Capital One Dr,    Richmond, VA 23238)
516645300     +Citicards Cbna,    Po Box 6241,    Sioux Falls, SD 57117-6241
516645301     +Credit First National Assoc,    6275 Eastland Rd,    Brookpark, OH 44142-1399
516645303     +Dept Of Ed/582/nelnet,    121 S 13th St,    Lincoln, NE 68508-1904
516645304     +First National Bank,    P.o. Box 3412,    Omaha, NE 68197-0001
516645305     +First Premier Bank,    601 S Minnesota Ave,    Sioux Falls, SD 57104-4868
516676350     +HealthFirst Financial,    PO Box 7887,    Springfield, OR 97475-0034
516645306     +Jamie Sigmund,    69 Saratoga Road,    Stratford, NJ 08084-2123
516676351     +Kennedy Health System,    500 Marlboro Avenue,    Cherry Hill, NJ 08002-2020
516645308     +Pacific Union,    Attn: KLM Law Group,    216 Haddon Avenue, Ste 406,    Westmont, NJ 08108-2812
516676348     +Rancocas Anesthesiology,    218 Sunset Road, 2nd Fl,    Willingboro, NJ 08046-1110
516676347      Recon Orth Assoc,    P.O. Box 757910,    Philadelphia, PA 19175-7910
516676352      Rothman Institute of NJ,    99 Rt. 73 North,    Ste 401,    Marlton, NJ 08053
516676349      Sutherland Emerg. Phys,    P.O. Box 41541,    Philadelphia, PA 19101-1541
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg            E-mail/Text: usanj.njbankr@usdoj.gov Mar 22 2017 00:40:14      U.S. Attorney,    970 Broad St.,
                Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Mar 22 2017 00:40:11      United States Trustee,
                Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                Newark, NJ 07102-5235
516645302     +E-mail/Text: creditonebknotifications@resurgent.com Mar 22 2017 00:39:28      Credit One Bank Na,
                Po Box 98872,    Las Vegas, NV 89193-8872
516676346     +E-mail/Text: dlipshutz@comcast.net Mar 22 2017 00:39:23      David Lipshutz, Esq,
                11 East Laurel Road, Ste B,    Stratford, NJ 08084-1322
516645307     +E-mail/Text: bnckohlsnotices@becket-lee.com Mar 22 2017 00:39:33      Kohls/Capital One,
                N56 W 17000 Ridgewood Dr,    Menomonee Falls, WI 53051-5660
516645309     +E-mail/Text: bankruptcy@loanpacific.com Mar 22 2017 00:41:00      Pacific Union Financia,
                1603 Lbj Fwy Ste 500,    Farmers Branch, TX 75234-6071
516645310     +E-mail/PDF: gecsedi@recoverycorp.com Mar 22 2017 00:42:53      Synchrony Bank/Care Credit,
                950 Forrer Blvd,    Kettering, OH 45420-1469
                                                                                               TOTAL: 7
```

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

---

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 23, 2017                                      Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 21, 2017 at the address(es) listed below:
```
              Andrew  Sklar    andy@sklarlaw.com, NJ43@ecfcbis.com;dolores@sklarlaw.com
              Denise E. Carlon    on behalf of Creditor   PACIFIC UNION FINANCIAL, LLC dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Ned  Mazer    on behalf of Debtor Karen L Sigmund nmazer9393@comcast.net
              U.S. Trustee.    USTPRegion03.NE.ECF@usdoj.gov
```

```
District/off: 0312-1         User: admin              Page 2 of 2               Date Rcvd: Mar 21, 2017
                             Form ID: pdf905          Total Noticed: 25
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
                                                                                              TOTAL: 4